18-36862-cgm Doc 158 Filed 02/25/20 Entered 01/23/20 09:52:15 Main Document
Case 7:20-cv-00394-KMK Document 4 Filed 01/21/20 Page 1 of 2
Case 7:20-cv-00394-KMK Document 5 Filed 01/22/20 Page 1 of 2
Pg 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
ALEXANDER BERNARD KASPAR,      :     Case No. 7:20-cv-00394-KMK
                                                :
                    Debtor.                 :
-------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEAL

PLEASE TAKE NOTICE that Hudson Highlands Land Trust, by and through its undersigned counsel, hereby withdraws its Notice of Appeal, dated December 16, 2019, and entered on January 15, 2020 [ECF No. 1] from the following order of the United States Bankruptcy Court, Southern District of New York (Honorable Cecilia G. Morris): *Order Removing the Receiver Bruce Donahue, Reimposing the Automatic Stay and Directing the Removed Receiver to Turnover Any and All Monies Received to the Debtor-in-Possession Alexander Bernard Kaspar* [Case No. 18-36862 (CGM), ECF No. 128], dated December 16, 2019.

[*Remainder of this page intentionally left blank.*]

18-36862 Case 7:20-cv-00394-KMK Document 4 Filed 01/31/20 Page 2 of 2
Case 7:20-cv-00394-KMK Document 5 Filed 01/22/20 Page 2 of 2 Main Document
Pg 2 of 2

Dated: January 21, 2020
New York, New York

/s/ Jacob A. Adlerstein
Jacob A. Adlerstein
Rich Ramirez
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jadlerstein@paulweiss.com
rramirez@paulweiss.com

*Counsel to Hudson Highlands Land Trust, Inc.*

So Ordered.

KMK
1/22/20