Matthew M. Cabrera, Esq.
M. CABRERA & ASSOCIATES, P.C.
2002 Route 17M Unit 12
Goshen, NY 10924
Tel: (845) 531-5474
Fax: (845) 230-6645

Presentment Date: October 27, 2020
Presentment Time: 11:00 a.m.

Counsel to the Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ALEXANDER BERNARD KASPAR | Case No. 18-36862 |
| Debtor-In-Possession. | |

## NOTICE OF PRESENTMENT OF APPLICATION FOR RETENTION AND EMPLOYMENT OF ENVIRONMENTAL CONSULTING AND MANAGEMENT SERVICES, INC., AS AN ENVIRONMENTAL CONSULTANT FOR THE DEBTOR AND DEBTOR IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO MARCH 2, 2020

**PLEASE TAKE NOTICE**, that upon the annexed Application of Alexander Kaspar (the

"Debtor") and the Affidavit of Harry Sudwischer, sworn on the 28th day of September, 2020,  the

undersigned will present the attached proposed Order to the Honorable Cecelia G. Morris, Judge,

United States Bankruptcy Court at the Courthouse located at 355 Main Street Poughkeepsie, NY

12601, for signature on October 27, 2020 at 11:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed

Order, with proof of service, is filed with the Clerk of the Court at least seven (7) days before the

date of presentment, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the

Court will notify the moving and objecting parties of the date and time of the hearing and of the

moving party's objection to notify all other parties entitled to receive notice.  The moving and

objecting parties are required to attend the hearing and failure to attend in person or by counsel

may result in relief being granted or denied upon default.

Dated: October 6, 2020
          Goshen, NY

                                    _/s/ Matthew M. Cabrera_____
                                    Matthew M. Cabrera, Esq.
                                    Counsel to the Debtor and Debtor in
                                    Possession