**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**                  Hearing Date: November 10, 2020
------------------------------------------------------------------x   Hearing Time: 9:30 a.m.

In re:                                                                Case No.: 18-36862-cgm

    Alexander Bernard Kaspar,                         Chapter 11

                    Debtor.
------------------------------------------------------------------x

## NOTICE OF MOTION TO HOLD THE TOWN OF PUTNAM VALLEY IN CONTEMPT FOR VIOLATIONS OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(a)(1) AND REQUEST SANCTIONS PURSUANT TO 11 U.S.C. 362 (k), 11 U.S.C. §§ 105 and S.D.N.Y. LBR 9011 and 9020-1

    **PLEASE TAKE NOTICE** that on Tuesday, November 10, 2020, at 9:30 a.m., or as soon as counsel may be heard, the Debtor, Alexander Bernard Kaspar, by and through his attorneys, M. Cabrera & Associates, P.C., will move before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, located at 355 Main Street, Poughkeepsie, New York 12601-3315, for entry of an Order holding the Town of Putnam Valley, in contempt for violations of the automatic stay pursuant to 11 U.S.C. 362(a)(1) and 11 U.S.C. 362 (a)(3) and requesting sanctions against the referenced creditor pursuant to 11 U.S.C. § 362(k) and 11 U.S.C. § 105 and provide any further relief that is just and necessary;

    **PLEASE TAKE FURTHER NOTICE** that the Debtor will rely on the attached Affirmation of Counsel and Affidavit of Debtor.

    **PLEASE TAKE FURTHER NOTICE** that local rules (S.D.N.Y. LBR 9006-1(b)) require that all responsive papers must be filed and served at least seven (7) days before the date of the hearing.  Untimely filed papers may be rejected by the Court.

Dated: October 8, 2020
      Goshen, New York

                              M. Cabrera & Associates, PC
*Attorneys for the Debtor and Debtor in Possession Alexander Bernard Kaspar*

By: /s/ *Matthew M. Cabrera*_____
Matthew M. Cabrera, Esq.
2002 Route 17m, Suite 12
Goshen, NY 10924
845-531-5474