UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

Alexander Bernard Kaspar,

                  Debtor.

AFFIDAVIT OF SERVICE

Case No. 18-36862-cgm

Chapter 11

------------------------------------------------------------X

STATE OF NEW YORK )
                  : SS.:
COUNTY OF PUTNAM )

Robert C. Lusardim being duly sworn deposes and says:

I am an employee of the firm of Daniels, Porco and Lusardi, LLP, am not a party to this action, am over the age of 18 years and reside at Putnam Valley, New York.

That on the 3rd day of November, 2020 I served a true copy of the AFFIRMATION OF ROBERT C. LUSARDI, ESQ., AFFIDAVIT OF RICHARD QUAGLIETTA, AFFIDAVIT OF PATRICIA SMITH and AFFIDAVIT OF SHERYL LUONGO in the following manner: by posting the documents on the electronic cae filing system for the U.S. Bankruptcy Court, Southern District of New York.

TO:   Matthew M. Cabrera, Esq.
        M. Cabrera & Associates, P.C.
        2002 Route 17M, Unit 12
        Goshen, NY 10924
        mcabrera@mcablaw.com

_____
ROBERT C. LUSARDI

Sworn to before me this
9th day of November, 2020

_____

CHRISTINE BAXTER
Notary Public, State of New York
No. 01BA6190411
Qualified in Dutchess County
Commission Expires 07/28/20__