UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Chapter 11

Alexander Bernard Kaspar,
                                                                    Case No.: 18-36862 (cgm)


                                    Debtor.
-----------------------------------------------------------x

## ORDER AUTHORIZING 2004 EXAMINATION OF LEIGH HEYWARD AND S AND S STABLES, LLC

Upon the application of the Alexander Kaspar (the "Debtor") by his attorneys, M. Cabrera & Associates, PC, seeking to conduct examinations pursuant to Bankruptcy Rule 2004, and sufficient cause appearing therefore, it is

**ORDERED**, that the Debtor is hereby authorized, pursuant to Bankruptcy Rule 2004, to conduct the examination of Leigh Heyward ("Ms. Heyward") and S and S Stables, LLC ("S&S") with respect to acts, conduct, property, liabilities, insurance and financial conditions of Ms. Heyward and S&S; and it is further

**ORDERED**, that Ms. Heyward and S&S shall appear for an examination by the Debtor's counsel commencing on a date and time selected by the Debtor's counsel in their sole discretion, so long as it is a business day which is not a legal holiday during the regular workweek and provided that Ms. Heyward and S&S are given a minimum of seven (7) business days notice of the time and place of the examination (such date to be set forth in a letter to be sent by overnight mail to Ms. Heyward and S&S or counsel for Ms. Heyward and S&S), and continuing from business day to business day thereafter or otherwise in the sole discretion of Debtor's counsel until the examination is fully concluded, at the law offices of Debtor's counsel, M. Cabrera & Associates, PC, 2002 Route 17m Goshen, New York 10924; and it if further

**ORDERED**, that a subpoena (the "Subpoena") shall be served upon Ms. Heyward and S&S to compel Ms. Heyward and S&S to produce documents or examination conducted hereunder prior to the date of Examination; however, no witness and travel fees shall be paid or be payable to Ms. Heyward or S&S in the absence of Ms. Heyward and/or S&S seeking relief from the Court; in addition, service by overnight mail of the Order together with the Subpoena upon Ms. Heyward and S&S shall be good and sufficient service to compel Ms. Heyward and S&S to produce the documents referred to herein and their appearance at examinations conducted hereunder, and it is further

**ORDERED**, that an affidavit of such service shall be filed with the Court as soon as practicable following the completion of such service; and is further

**ORDERED**, that Ms. Heyward and S&S shall make available for inspection and photocopying by Debtor's counsel at the offices of M. Cabrera & Associates, PC (or such other appropriate location designated by Debtor's counsel), at or before 10:00 a.m. on the date designated in the Subpoena, any and all documents designated in the Subpoena.



**Dated: December 8, 2020**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**