Matthew M. Cabrera, Esq.
M. Cabrera & Associates, PC
Attorney for Debtor
2002 Route 17M, Suite 12
Goshen, NY 10924
 (845) 531-5474 - Telephone
(845) 230-6645 - Facsimile
mcabecf@mcablaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Alexander Bernard Kaspar, | Case No.: 18-36862-cgm |
| Debtor. | |

-------------------------------------------------------------------x

**JOINT STIPULATION OF ADJOURNMENT OF THE MOTION TO APPROVE THE PRIVATE SALE OF THE DEBTOR'S PROPERTY LOCATED AT 75 CIMARRON ROAD PUTNAM VALLEY, NY 10579, IDENTIFED AS TAX MAP NOS. 72.1-50; 72.1-47; 72.19-1-29 & 83.1-4 FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS SCHEDULED FOR MARCH 9, 2021**

**PLEASE TAKE NOTICE** that the Debtor filed a motion to approve the private sale of Estate property on February 2, 2021.  The Town of Putnam Valley has filed opposition to this motion.  Counsel for both parties have communicated and in the interest of resolving the issues raised in the opposition, counsel for both parties have agreed to adjourn the hearing on the Motion to Approve the Sale, scheduled for **March 19, 2021 at 9:00 am** to the next available hearing date for chapter 11 cases, **April 6, 2021 at 9:00 am**.  Counsel believe that this will allow sufficient time to resolve the issues raised in the opposition.  Counsel requests that the Court continue to hear the Request for Compensation filed on behalf of Environmental Consulting and Management Services, where no opposition has been received or filed and the Status Conference, both scheduled for **March 19, 2021 at 9:00 am**.

Dated: March 4, 2021
       Goshen, New York

                          **M. CABRERA & ASSOCIATES, PC**
                          Attorneys for the Debtor and Debtor
                           in Possession

                          */s/ Matthew M. Cabrera*
                          By: Matthew M. Cabrera Esq.
                          2002 Route 17M, Suite 12
                          Goshen, NY 10924
                          Telephone:    (845) 531-5474
                          Facsimile:     (845) 230-6645
                          mcabecf@mcablaw.com