UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

ALEXANDER BERNARD KASPAR

              Debtor.

**STIPULATION OF VOLUNTARY DISMISSAL**

-----------------------------------------------------------

TOWN OF PUTNAM VALLEY,

              Appellant,

v.

**Docket No. 20-CV-393 (KMK)**

ALEXANDER BERNARD KASPAR,

              Appellee.
-------------------------------------------------------------X

    WHEREAS, the Town of Putnam Valley, New York (hereinafter referred to as "Putnam Valley"), the Appellant, having filed a Notice of Appeal with the United States Bankruptcy Court, Southern District of New York, Poughkeepsie Division, ( hereinafter referred to as "Bankruptcy Court") on December 22, 2019, appealing from an Order of the Bankruptcy Court dated December 16, 2019 Order Removing the Receiver Bruce Donohue, Reimposing the Automatic Stay and Directing the Removed Receiver to Turnover Any and All Monies Received to the Debtor In Possession Alexander Bernard Kaspar, and

    WHEREAS, Putnam Valley having filed its Statement of Issues on Appeal with the Bankruptcy Court on January 10, 2020, and

    WHEREAS, Putnam Valley having filed its Designation of the Record on Appeal with the Bankruptcy Court on January 10, 2020, and

    WHEREAS, Putnam Valley having filed an Amended Notice of Appeal with the District Court on February 4, 2021, and

    WHEREAS, Putnam Valley having filed the Amended Designation of the Record on Appeal with the District Court on February 4, 2020, and

    WHEREAS, Putnam Valley having filed its brief on February 24, 2020, and

    WHEREAS, on April 22, 2020, the Appellee, Alexander Bernard Kaspar (hereinafter referred to as "Kaspar") filed a motion to dismiss the appeal, and

WHEREAS, on May 15, 2020 Putnam Valley having filed an Affidavit in opposition to the motion to dismiss and a Memorandum of Law, and

WHEREAS, on May 22, 2020 Kaspar having filed a Reply to the opposition to the dismissal motion, and

WHEREAS, on December 4, 2020 Putnam Valley having filed a further Declaration in opposition to the motion to dismiss, and

WHEREAS, on December 4, 2020 Kaspar having filed a second Memorandum of Law in support of the motion to dismiss, and

WHEREAS, on March 31, 2021 the Court having issued an Opinion and Order denying the Appellee Kaspar's motion to dismiss

IT IS HEREBY STIPULATED AND AGREED by and between the Appellant, the Town of Putnam Valley, New York and the Appellee, Alexander Bernard Kaspar as follows:

1. The Appeal of the Town of Putnam Valley is hereby dismissed with prejudice and without cost to either party.

| | |
|---|---|
| Matthew M. Cabrera, Esq. | Lewis D. Wrobel, Esq. |
| M. Cabrera & Associates, P.C. | Handel & Carlini, LLP |
| *Attorney for Appellee* | *Attorney for Appellant* |
| 2002 Route 17M | 1984 New Hackensack Road |
| Suite 12 | Poughkeepsie, New York 12603 |
| Goshen, NY 10924 | lewis@handelcarlini.com |
| mcabrera@mcablaw.com | (845) 454-2221 |
| (845) 533-3855 | |

SO ORDERED

5/12/21