# Wells Fargo Everyday Checking

June 30, 2021 ■ Page 1 of 5



ALEXANDER KASPAR
DEBTOR IN POSSESSION
CH11 CASE #18-36862 (NYSOPOUG)
245 E 72ND ST PH A
NEW YORK NY 10021-0551

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|:---:|---|:---:|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $4,279.73 |
| Deposits/Additions | 2,311.98 |
| Withdrawals/Subtractions | - 5,742.29 |
| **Ending balance on 6/30** | **$849.42** |

Account number ██████████

**ALEXANDER KASPAR**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-36862 (NYSOPOUG)**
*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Mobile Deposit : Ref Number :511290511695 | 272.00 | | |
| 6/1 | | Zelle From M Solis Contracting on 06/01 Ref # Jpm612374209 Rent | 300.00 | | |
| 6/1 | | Zelle From Manuel Efrain Solis Riera on 06/01 Ref # Jpm612396050 | 200.00 | | |
| 6/1 | | Purchase authorized on 05/27 Fedex 940608614640 Memphis TN S38114760312984 Card 5548 | | 4.08 | |
| 6/1 | | Purchase authorized on 05/28 Bushnell 913-7523400 KS S581149150789865 Card 5548 | | 14.99 | |
| 6/1 | | Purchase authorized on 05/31 Freeeway Simhero M Eisenstadt Aut S301151399941117 Card 5548 | | 79.99 | 4,952.67 |
| 6/3 | | SSA Treas 310 Xxsoc Sec 060321 xxxxx0179A SSA Alexander B Kaspar | 1,010.00 | | |
| 6/3 | | Purchase authorized on 06/03 Healthsourcepharmacyin Manhattan NY P00000000976977048 Card 5548 | | 11.10 | 5,951.57 |
| 6/4 | | Recurring Payment authorized on 06/03 Bodhi Medical Care Mybodhi.Com NY S381154518901427 Card 5548 | | 10.00 | 5,941.57 |
| 6/7 | | Purchase authorized on 06/07 Advance Auto PA Island Park NY P00000000180720115 Card 5548 | | 4.33 | |
| 6/7 | | Purchase authorized on 06/07 Staples 1537 Oceanside NY P0058115880565417 Card 5548 | | 21.71 | |
| 6/7 | | Chasehomefinance Ln Pmt 1760560676 Kaspar Alexander | | 2,250.40 | 3,665.13 |
| 6/8 | | Zelle From Equinox Landscaping Constructi on 06/08 Ref # Jpm618933545 | 500.00 | | |
| 6/8 | | ATM Withdrawal authorized on 06/08 470 W 42ND St. New York NY 0008862 ATM ID 8141Y Card 5548 | | 100.00 | |
| 6/8 | | Purchase authorized on 06/08 Healthsourcepharmacyin Manhattan NY P00000000533701967 Card 5548 | | 3.70 | |
| 6/8 | | Purchase authorized on 06/08 Grace's Marketp New York NY P00000000880819686 Card 5548 | | 5.87 | 4,055.56 |
| 6/9 | | Purchase authorized on 06/08 Weill Cornell Neur New York NY S381159544825212 Card 5548 | | 45.00 | |
| 6/9 | | Purchase authorized on 06/08 Weill Cornell Surg New York NY S381159670617568 Card 5548 | | 45.00 | 3,965.56 |
| 6/10 | | Nyseg Nyseg Bill 210608 010050830065 Alexander Kaspar | | 70.12 | 3,895.44 |
| 6/11 | | Aetna Health Mgt Web Pay 210610 77085887 Alexander B Kaspar | | 39.00 | 3,856.44 |
| 6/15 | | Recurring Payment authorized on 06/14 Brinks Home Securi 800-447-9239 TX S461165544670617 Card 5548 | | 32.46 | 3,823.98 |
| 6/17 | | ATM Withdrawal authorized on 06/17 492 W. 42ND St. New York NY 0009240 ATM ID 8141Y Card 5548 | | 100.00 | 3,723.98 |
| 6/22 | | Purchase authorized on 06/22 USPS PO 35961400 217 E 70 New York NY P0038117355487 6715 Card 5548 | | 10.85 | 3,713.13 |
| 6/24 | | Purchase Return authorized on 06/23 Bushnell 913-7523400 KS S381174711110986 Card 5548 | 14.99 | | |
| 6/24 | | Purchase authorized on 06/23 Healthsource Pharm New York NY S301174646855079 Card 5548 | | 3.70 | |
| 6/24 | 161 | Check | | 325.00 | 3,399.42 |
| 6/28 | | Recurring Payment authorized on 06/23 Mta*EasyPay Metroc 877-323-7433 NY S461174773494109 Card 5548 | | 50.00 | 3,349.42 |
| 6/29 | | Purchase authorized on 06/28 Bushnell 913-7523400 KS S301180163798643 Card 5548 | | 14.99 | |



### Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/29 | 162 | Check | | 2,500.00 | 834.43 |
| 6/30 | | Purchase Return authorized on 06/29 Bushnell 913-7523400 KS S301180472637112 Card 5548 | 14.99 | | 849.42 |
| **Ending balance on 6/30** | | | | | **849.42** |
| **Totals** | | | **$2,311.98** | **$5,742.29** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 161 | 6/24 | 325.00 | 162 | 6/29 | 2,500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $500.00 | $834.43 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $1,010.00 | ☑ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

––––––––––––––

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

––––––––––––––

Effective May 28, 2021, the document copy fee was eliminated and there is no longer a charge for this service. Thank you for banking with Wells Fargo. We appreciate your business.

––––––––––––––

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:

June 30, 2021 ■ Page 4 of 5

- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

June 30, 2021 ■ Page 5 of 5



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.            $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.            = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.            = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

| CATEGORY | Living Exp | Mortgage | Medical | Mail | Utilities | Trustee | Travel | Office | Security | Professional | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Debits | 205.87 | 2250.4 | 157.5 | 14.93 | 70.12 | 325 | 50 | 26.04 | 142.43 | 2500 | |
| Totals | 205.87 | 2250.4 | 157.5 | 14.93 | 70.12 | 325 | 50 | 26.04 | 142.43 | 2500 | 5742.29 |

| CATEGORY | Farm Rent | Wages | SS | Sale of Assets | Interest | Refunds | Med Benefits | |
|---|---|---|---|---|---|---|---|---|
| Income | 1000 | 0 | 1010 | 0 | 0 | 29.98 | 272 | |
| Totals | 1000 | 0 | 1010 | 0 | 0 | 29.98 | 272 | 2311.98 |

| Check 162 | ECMS | Professional | 2500 |
|---|---|---|---|