**U.S. Department of Justice**
**Office of the United States Trustee**

*Northern District of New York (Albany Division),*
*Southern District of New York (Poughkeepsie Division),*
*and District of Vermont*

Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, NY 12207
voice    (518) 434-4553
fax      (518) 434-4459

**FILED ON ECF**

January 4, 2022

The Honorable Cecelia G. Morris
Chief United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

Re:    In re Kaspar, Case No. 18-36862on (CGM)

Dear Judge Morris,

      This letter confirms the adjournment on consent of the hearing on the United States Trustee's Motion to Dismiss or Convert Case under 11 U.S.C. § 1112(b), filed on December 18, 2021 (ECF Doc. No. 294), from January 11, 2022, at 9:00 a.m. to February 1, 2022, at 9:00 a.m.

Very truly yours,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: */s/ Alicia M. Leonhard*
    Alicia M. Leonhard
    Trial Attorney
    Office of the United States Trustee
    Leo O'Brien Federal Building
    11A Clinton Avenue, Room 620
    Albany, New York 12207
    Direct Telephone: 202-495-9929
    Albany Office Telephone: 518.434.4553
    Email: Alicia.M.Leonhard@usdoj.gov