|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION | HEARING DATE:  February 1, 2022<br>HEARING TIME:    9:00 a.m.<br>OBJECTION DEADLINE: January 25, 2022 |

------------------------------------------------------- x
In re:                                                                  :
                                                                              :   Case No. 18-36862 (CGM)
ALEXANDER BERNARD KASPAR,             :
                                                                              :   (Chapter 11)
                                                Debtor.        :
------------------------------------------------------- x

## DECLARATION OF ALICIA M. LEONHARD

I, Alicia M. Leonhard declare under penalty of perjury that

1. I am a Trial Attorney with the Office of the United States Trustee.

2. This case was assigned to me pursuant to my duties as Trial Attorney and I am familiar with the facts of the case.

3. I make this Declaration based on personal knowledge without waiving the attorney-client privilege, the work product protection, and other applicable privileges and protections.

4. Attached to this Declaration as Exhibits 1-7 are the following documents filed in the Debtor's case that I personally downloaded from SDNY ECF:

Exhibit 1    Notice of Consummation of Sale and Closing Statement, filed January 29, 2022

Exhibit 2    Tax Petition, filed July 16, 2021

Exhibit 3    Excerpts from Amended July 2021 Operating Report, filed January 28, 2022

Exhibit 4    Excerpts from Amended August 2021 Operating Report, filed January 28, 2022

Exhibit 5    Excerpts from September 2021 Operating Report, filed November 1, 2021

Exhibit 6    Excerpts from November 2021 Operating Report, filed December 20, 2021

1

Exhibit 7    Excerpts from Amended December 2021 Operating Report, filed January 29, 2022

| | |
|---|---|
| Dated:  Poughkeepsie, New York<br>January 30, 2022. | /s/ Alicia M. Leonhard<br>Alicia M. Leonhard<br>Trial Attorney<br>Leo O'Brien Federal Building<br>11A Clinton Avenue, Room 620<br>Albany, New York 12207<br>Direct Telephone: 202.495.9929<br>Albany Office Telephone: 518.434.4553<br>Email: Alicia.M.Leonhard@usdoj.gov |