UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
------------------------------------------------------- x
In re:                                                  :
                                                        :
ALEXANDER BERNARD KASPAR,                               :
                                                        :
                         Debtor.                        :
------------------------------------------------------- x

**HEARING DATE:  February 1, 2022**
**HEARING TIME:   9:00 a.m.**
**OBJECTION DEADLINE: January 25, 2022**

Case No. 18-36862 (CGM)

(Chapter 11)


**EXHIBITS 1-7**

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                    .
-----------------------------------------------------------x
In re:                                        Chapter 11

Alexander Bernard Kaspar,
                                              Case No.: 18-36862 (cgm)


                        Debtor.
-----------------------------------------------------------x

### NOTICE OF THE CONSUMMATION OF THE SALE OF SPROUT BROOK ROAD, PUTNAM VALLEY, NY 10579, IDENTIFED AS TAX MAP NOS. 72.19-1-29 & 83-1-1

TO THE HONORABLE CECELIA G. MORRIS, UNITED STATES BANKRUPTCY JUDGE FOR THE SOUTHERN DISTRICT OF NEW YORK, ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE ABOVE CAPTIONED DEBTOR AND ALL OTHER PARTIES OF INTEREST;

### <u>SALE BACKGROUND</u>

**PLEASE TAKE NOTICE** that on November 8, 2021, the Debtor filed the "*Motion of the Debtor for Entry of an Order Approving the Sale of Spout Brook Road Putnam Valley, NY 10579, Identified as Tax Map No's 72.19-1-29 and 83-1-1 Free and Clear of all Liens, Claims, Encumbrances and other Interests"* (the *"Sale Motion")*[Bankruptcy Docket Number 282] in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on December 8, 2021, the Bankruptcy Court entered an order granting the Debtor's Sale Motion, entitled "*Order Approving the Private Sale of Debtor's Right, Title and Interest in Real Property Free and Clear of all Liens, Claims, Encumbrances and other Interests"* (the "Sale Order") [Bankruptcy Docket Number 292].

EXHIBIT 1

## <u>CONSUMMATION OF THE SALE OCCURRED ON DECEMBER 28, 2021</u>

**PLEASE TAKE NOTICE** that the closing of the sale of Sprout Brook Road, Putnam Valley, NY

10579, identified as tax map nos. 72.19-1-29 and 83-1-11 to Hudson Highlands Land Trust ("HHLT")

was consummated on December 28, 2021. Closing Statement attached as "Exhibit A".

Respectfully submitted,

Matthew M. Cabrera, Esq.
M. CABRERA & ASSOCIATES, P.C.
2002 Route 17M, Suite 12
Goshen, New York 10924
Tel.: (845) 531-5474
Fax: (845) 230-6645
Attorney for the Debtor

_/s/ Matthew Cabrera_
By:  Matthew Cabrera, Esq.

Dated: January 29, 2022
      Goshen, New York

# EXHIBIT A

# THE LAW OFFICE OF
# FRANK E. DeESSO, P.C.
*Est. 1991 | Admitted in NY & CT*
Email: deessolaw@gmail.com



✔ **PUTNAM COUNTY**
41 Joseph Court
Carmel, New York 10512
Phone: 845 | 228 | 7040
Fax: 845 | 228 | 7041

**WESTCHESTER COUNTY**
Phone: 914 | 725 | 5030
Fax: 914 | 725 | 5141

## CLOSING STATEMENT

| | |
|---|---|
| SELLERS: | GRACE A. DELIBERO AND ALEXANDER KASPAR |
| PURCHASERS: | HUDSON HIGHLANDS TRUST, INC. |
| SUBJECT PREMISES: | CIMARRON RANCH, TAX PARCELS 83-1-1 & 72.19-1-29 |
| CLOSING DATE & TIME: | 12/28/2021 |
| LOCATION OF CLOSING: | BY MAIL – 41 JOSEPH COURT, CARMEL, NY 10512 |

**CREDITS TO SELLER:**

| | |
|---|---|
| Purchase Price: | $ 798,000.00 |
| 72.19-1-29 Town/County Taxes ($ 263.77 per year)<br>12/28/2021 to 12/31/2021<br>4 days @ $ .72 per day | $       2.88 |
| 83-1-1 Town/County Taxes ($5,318.37 per year)<br>12/28/2021 to 12/31/2021<br>4 days @ $ 14.57 per day | $     58.28 |
| 72.19-1-2 2021/2022 School Tax ( $ 872.57 per year)<br>12/28/2021-6/30/2022<br>185 Days @ $ 2.39 per day | $    442.15 |

**TOTAL CREDITS TO SELLER:**          $ 798,503.31

*<LESS>*

**CREDITS TO PURCHASER:**

| | |
|---|---|
| Down Payment | $ 79,800.00 |
| Property Condition Disclosure Credit | $ N/A |
| 83-1-1 School Tax (18,823.29 per year)<br>7/1/2021-12/28/2021<br>180 days @ 51.57 per day | $   9,282.60 |
| School Tax Penalty | $   1,720.45 |
| **TOTAL CREDITS TO PURCHASERS** | $  90,803.05 |

**TOTAL DUE SELLER AT CLOSING:**          $ 707,700.26

TOTAL DUE SELLER AT CLOSING:                    $ 707,700.26

PAYABLE AS FOLLOWS:

| 1) 2017 to 2021 Tax | $ 234,299.58 |
| 2) Wire to Matthew Cabrera, Esq. | $ 400,000.00 |
| 3) Wire of balance to Frank E. DeEsso, as Attorney | $ 73,400.68 |

TOTAL PAID SELLER AT CLOSING:                   $ 707,700.26

                                                        -0-

IF SELLER -
ADDITIONAL EXPENSES TO BE PAID FROM DOWN PAYMENT: $79,800.00

|  |  |
| --- | --- |
| 1) Grace DeLibero and Alex Kaspar | $ 79,800.00 |

TOTAL PAID FROM DOWN PAYMENT:   $ 79,800.00

Note: Purchaser to pay NYS Transfer Tax per Seller's Rider to Contract paragraph 5.

FILED: PUTNAM COUNTY CLERK 07/16/2021 02:08 PM
NYSCEF DOC. NO. 1

INDEX NO. 501053/2021

RECEIVED NYSCEF: 07/16/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM

-------------------------------------------------------------X

In the Matter of the Application of
ALEXANDER KASPAR AND GRACE DELIBERO,

                                    Petitioners,

      - against -

THE ASSESSOR OF THE TOWN OF PUTNAM
VALLEY, THE BOARD OF ASSESSMENT REVIEW
OF THE TOWN OF PUTNAM VALLEY, AND THE
TOWN OF PUTNAM VALLEY,

                                  Respondents.

For a Review of Tax Assessments under
Article 7 of the Real Property Tax Law.

-------------------------------------------------------------X

Index No.
Year: 2021

NOTICE
OF APPLICATION
FOR REVIEW OF
TAX ASSESSMENTS

Tax ID No.: 72.-1-47
75 Cimarron Rd

      PLEASE TAKE NOTICE, that upon the annexed Petition, duly verified July 16, 2021, an application will be made at an IAS term of the Supreme Court of the State of New York, to be held in and for the County of Putnam, at the County Courthouse, Carmel, New York on the 28th day of September, 2021 on the opening of court on that day, or as soon thereafter as counsel can be heard, for the review under Article 7 of the Real Property Tax Law of the State of New York of the tax assessment on certain real property described in the annexed Petition, to the end that all proceedings, decisions and actions in the matter of the said assessment of said property may be reviewed, and for an order reducing, vacating or correcting said assessment, and granting such other, further and different relief as will be applied for and to the Court may seem just and proper in the premises.

Dated:   Tarrytown, New York
         July 16, 2021

                                 Yours, etc.

                                 JOSEPH ALBERT, ESQ.
                                 Attorney for Petitioner
                                 100 White Plains Road
                                 Tarrytown, N.Y. 10591
                                 Tel: 914-332-6666

TO: Respondents

EXHIBIT 2
1 of 7

FILED: PUTNAM COUNTY CLERK 07/16/2021 02:08 PM    INDEX NO. 501053/2021
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 07/16/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM
--------------------------------------------------------------------X
In the Matter of the Application of
ALEXANDER KASPAR AND GRACE DELIBERO,        PETITION

                                        Petitioner,        FOR REVIEW OF
                - against -                               TAX ASSESSMENTS

THE ASSESSOR OF THE TOWN OF PUTNAM
VALLEY, THE BOARD OF ASSESSMENT REVIEW        Index No.:
OF THE TOWN OF PUTNAM VALLEY, AND
THE TOWN OF PUTNAM VALLEY,

                                        Respondents.

For a Review under Article 7 of the Real
Property Tax Law of the State of New York.
--------------------------------------------------------------------X
TO THE SUPREME COURT OF THE STATE OF NEW YORK:

        The petitioner above-named respectfully alleges as follows:

        FIRST:        That your petitioner is a taxpayer in the municipality whose
Assessor is a respondent herein and is the owner or lessee of lands and premises
hereinafter described and situate in said municipality, or an aggrieved party within
the meaning of Section 706 of the R.P.T.L. of the State of New York.

        SECOND:        That at all times herein mentioned, the Assessor of the said
municipality was authorized and required by law, for the purpose of taxation, to
assess and value all the real estate in said municipality on one common and general
estate assessed within said municipality, including improved and unimproved
property, and in the case of improved property, to value the land and buildings and
improvements thereon separately; that at all times herein mentioned, the
Assessment Board of Review was authorized and required by law to review the
assessments made and determined by said Assessor.

        THIRD:        That respondents herein prepared and completed a tentative
assessment roll for said municipality for the year 2021.

        FOURTH:        That your petitioner's said lands and premises were
described and assessed on said assessment roll as set forth in Schedule "A"
attached.

FILED: PUTNAM COUNTY CLERK 07/16/2021 02:08 PM    INDEX NO. 501053/2021

NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 07/16/2021

**FIFTH:**    That within the time allowed by law for complaining and filing protests to said assessment roll, your petitioner, claiming to be aggrieved and feeling unjustly, unfairly and unlawfully assessed, did complain and did file a due and timely protest against the assessment set forth herein, which was received and accepted as sufficient, and did apply for a correction and reduction of the same and presented to and filed with the said Assessor and Board of Review a verified application to reduce the same. The petitioner complained therein that none of the properties set forth in said assessment roll, including the property herein described, had been assessed upon one common and general principle of valuation which shall apply alike to all real estate assessed within said municipality, as required by law; that the assessment complained of was unequal, excessive by reason of overvaluation, excessive, unlawful and unjust in that it had been made at a higher proportionate value than the assessments on other properties in said municipality on the same roll, which overvaluation, overassessment and inequality have resulted in injury to the petitioner, and did specify as instances in which such inequality existed, all other real estate in said municipality.    Said statement of protest is hereby incorporated in this petition by reference thereto with the same force and effect as though set forth herein at length.  In order to be equal and proportionate with the assessments of other real property upon said assessment roll, petitioner asked that the said assessment should be reduced as set forth in Schedule "A" attached.

**SIXTH:**    That said Assessment Board of Review received and acted upon said protest and application for reduction of assessment and refused and failed to correct or reduce said assessment to said requested correct assessed valuations.

**SEVENTH:**    That thirty days have not elapsed since the final completion and filing of said assessment roll and the first posting or publication of the notice thereof, as required by law.  That said lands and premises were assessed and described on the final assessment roll as set forth in Schedule "A" attached.

**EIGHTH:**    That the final assessment of said property is unequal, excessive by reason of overvaluation, excessive and unjust, and the property is actually of an assessable value not in excess of the values as indicated in Schedule "A" attached, and that the extent of such overassessment is as set forth in Schedule "A" attached.

FILED: PUTNAM COUNTY CLERK 07/16/2021 02:08 PM
NYSCEF DOC. NO. 1

INDEX NO. 501053/2021

RECEIVED NYSCEF: 07/16/2021

NINTH:      That the said assessment of the within property is unequal, excessive by reason of overvaluation, excessive, unlawful and unjust upon the following grounds:

(a)    That the said assessment is unequal and unjust in that the said property is not assessed on one common and general principle of valuation adopted by the Assessor in assessing generally the real estate within said municipality, and

(b)    That by reason of such inequality, the said assessment has been made at a proportionate valuation higher than the assessment of other real estate on said assessment roll, and as instances in which such inequality exists, your petitioner specifies all other real estate in said municipality on the said assessment roll, and the assessments and valuations therein stated, and

(c)    That the said assessment is unlawful in that it is excessive and the assessment has not been determined by the application of the established equalization rate and/or assessment ratio, and

(d)    That the extent of the overvaluation and overassessment complained of and protested is as stated herein, and

(e)    That the said assessment and assessment roll is illegal, not uniform, was not made for the purpose specified, and in the manner required by the laws of the State of New York, the Constitution of the State of New York, and the Constitution of the United States of America, and

(f)    That the assessment has been arbitrarily maintained by the Assessor and that the equalized value, or full value, placed thereon by the Assessor is not the true value of the property, and

(g)    That the assessment of the said property has been made at a proportionate valuation higher than the assessment of other taxable real property of the same major type, as determined by the New York State Office of Real Property Services, pursuant to Section 1200 of the Real Property Tax Law, and your petitioner specifies, as instances in which such inequality exists, all other real estate of the same major type as the within described property as assessed upon said assessment roll and the assessments and valuations therein stated.  The extent of such inequality and overvaluation is as set forth in Schedule "A" attached.

FILED: PUTNAM COUNTY CLERK 07/16/2025 02:08 PM
NYSCEF DOC. NO. 1

INDEX NO. 501053/2021

RECEIVED NYSCEF: 07/16/2021

TENTH:    In the event that the assessment at issue is or should be subject to a transition assessment and/or exempt or partially exempt assessment, and has been incorrectly calculated, or not set forth at all on the taxable assessment roll, to the extent that it exceeds the statutory formula and/or is unlawful, unequal and excessive, the assessment should be reduced.

ELEVENTH: That your petitioner is aggrieved and has been injured by the said unequal, unjust, excessive, unlawful and excessive by reason of overvaluation assessment, and will be required to pay a greater amount and proportion of taxes than said petitioner would be required to pay if the said assessment had been just and equal, and that your petitioner is or will be injured thereby.

TWELFTH:    Your petitioner further shows that the property of other owners assessed upon the said assessment roll is not assessed at so high a percentage of their full market value as the within property, and that the average assessment within said municipality, other than that of the within property, is not at a uniform level or percentage of full value as required by law, and that such inequality exists not only in specific instances, but generally throughout the said municipality, and your petitioner specifies as instances in which such inequality exists, all other real estate in said municipality assessed upon said assessment roll and the assessments and valuations therein stated. That in order for the assessments on the property described herein to be equal and proportionate with the assessment on other real property in said municipality, the assessment on the within property should be reduced as stated herein.

THIRTEENTH:    That in addition to the allegations of inequality and overvaluation set forth in this petition, the petitioner alleges that the assessment of the said property has been made at a higher proportionate valuation than the assessment of other taxable real property of the same major type, as determined by the New York State Office of Real Property Services, pursuant to Section 1200 of the Real Property Tax Law, and your petitioner specifies, as instances in which such inequality exists, all other real estate of the same major type as the within property as assessed upon said assessment roll and the assessments and valuations therein stated. The extent of such inequality and overvaluation is as set forth in Schedule "A" attached. This paragraph is added in accordance with Section 307 of the Real Property Tax Law. In the event that any of the provisions of Section 307 is inapplicable or invalid, in whole or in part, then the allegations as otherwise provided for in this petition shall be applicable as set forth herein, and

FILED: PUTNAM COUNTY CLERK 07/16/2021 02:08 PM    INDEX NO. 501053/2021
NYSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 07/16/2021

FOURTEENTH:    If there is more than one petitioner herein, the word "petitioner" shall mean "petitioners" or "each of the petitioners," as the context requires.

FIFTEENTH:    Petitioner protests payment of said taxes based upon the within claims and upon the grounds that the tax rates are calculated incorrectly.

SIXTEENTH:    The assessment is illegal in that it fails to comply with the requirements of RPTL Section 305(2).

SEVENTEENTH:    The assessment is illegal in that it is not predicated upon the market value of the subject property as of the appropriate taxable status and valuation dates.

EIGHTEENTH:    The provisions of Real Property Tax law Section 727(1), (2), (4) as applied to the assessments under challenge herein, are illegal and unconstitutional, as violative of the Due Process and Equal Protection Clauses of the Federal and New York State Constitutions, and conflict with the standard of assessing under RPTL 302 and 305.

NINETEENTH:    The provisions of Real Property Tax law Section 739(1), (2), (3) as applied to the assessments under challenge herein, are illegal and unconstitutional, as violative of the Due Process and Equal Protection Clauses of the Federal and New York State Constitutions, and conflict with the standard of assessing under RPTL 302 and 305.

TWENTIETH:    The provisions referenced in paragraphs 18 and 19 above, are violative of Article 16, Sections 1 and 2 of the New York State Constitution.

TWENTY-FIRST:    The assessment is unlawful and/or illegal as the Assessor and/or the Board of Assessors has included within the assessment non-assessable and/or non real property items, thereby violating RPTL Section 300, and the New York State Constitution.

TWENTY-SECOND:    That no previous application has been made for the relief herein requested.

WHEREFORE, your petitioner prays that the Court review all and singular the proceedings, decisions and actions of said Assessor, of the said Assessment Board of Review and of said town in the matter of the tax assessments and assessed valuations of the real property described herein, and that the said tax assessments and assessed valuations be modified, corrected, vacated, reduced, and be properly equalized to assessed valuations of other real property on the same assessment rolls in order to secure equality of assessment, as the case may require, and that the respondents refund to petitioner all excess taxes, and that the petitioner have such other and further relief as may be just and proper in the premises; and

FILED: PUTNAM COUNTY CLERK 07/16/2028 02:08 PM
NYSCEF DOC. NO. 1

INDEX NO. 501053/2021

RECEIVED NYSCEF: 07/16/2021

that the petitioner be awarded the costs and disbursements of this proceeding, together with reasonable expenses, including the fees of experts and attorneys.

Alexander Kaspar & Grace Delibero
Petitioner

By: _____
Joseph Albert, Esq.
Duly Authorized Representative

STATE OF NEW YORK          )
                                          )SS.:
COUNTY OF WESTCHESTER )

JOSEPH F. ALBERT, being duly sworn, deposes and says that he is the duly authorized representative and attorney for the aforementioned petitioner.

That he has read the foregoing petition, knows the contents thereof, that the same is true to his own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters he believes the same to be true.

_____
Joseph F. Albert, Esq.

Sworn to before me this
16th day of July 2021

_____
NOTARY PUBLIC

PAMELA M VIZCARRA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VI6295493
Qualified in Westchester County
My Commission Expires 01-06-2022

FILED: PUTNAM COUNTY CLERK 07/16/2023 02:08 PM          INDEX NO. 501053/2021
NYSCEF DOC. NO. 2                                        RECEIVED NYSCEF: 07/16/2021

SCHEDULE "A"

<u>TAX MAP I.D.</u>: 75 Cimarron Rd. (72.-1-47)

|  |  | <u>Land</u> | <u>Total</u> |
|---|---|---|---|
| <u>ORIGINAL VALUATION:</u><br><u>PARAGRAPH FOURTH</u> | Lot: 47 | $350,000 | $856,000 |
| <u>CLAIMED VALUATION:</u><br><u>PARAGRAPH FIFTH</u> | Lot: 47 | | $425,000 |
| <u>CONFIRMED VALUATION:</u><br><u>PARAGRAPH SEVENTH</u> | Lot: 47 | $350,000 | $856,000 |
| <u>EXTENT OF INEQUALITY</u><br><u>AND/OR OVERVALUATION:</u><br><u>PARAGRAPH EIGHTH</u> | Lot: 47 | | $431,000 |

<u>SCHEDULE "A"</u>

FILED: PUTNAM COUNTY CLERK 07/16/2058 02:08 PM
NYSCEF DOC. NO. 3

INDEX NO. 501053/2021

RECEIVED NYSCEF: 07/16/2021

# AUTHORIZATION

I/We, the undersigned, being an aggrieved person (or persons) within the meaning of the Real Property Tax Law, or an officer or partner of such aggrieved person, as complainant, hereby designate and authorize JOSEPH ALBERT, ESQ., 100 White Plains Road, Tarrytown, New York, 10591, to (1) act as my/our representative in the preparation and filing of a Complaint on Real Property Assessment with respect to my interest in the property described below; (2) act as my/our representative in any and all proceedings before the Board of Assessment Review of the municipality or municipalities indicated below for purposes of reviewing the assessment of the identified real property as it appears on the assessment roll of such municipality or municipalities; (3) act as my/our agent to verify, serve and file a petition for review of said real property assessment, pursuant to Section 706 and Section 730 of the Real Property Tax Law, and (4) act as my/our agent to claim and receive any and all property tax refunds and interest which becomes due resulting from such assessment reduction proceedings:

**ASSESSMENT YEAR:** 2021

**COUNTY:**   Putnam                                **TAX YEAR:** 2022

**CITY/TOWN:** Putnam Valley                    **TAX YEAR:** 2022

**TAX MAP ID:** 72.-1-47

**ADDRESS OF PREMISES:** 75 Cimarron Rd, Putnam Valley, NY

Petitioner: Alexander Kaspar and Grace Delibero

Signed: _____          _____

Date: _____

# UNITED STATES BANKRUPTCY COURT

SOUTHERN  DISTRICT OF  NEW YORK

In Re. Alexander Kaspar

§
§
§
§

Debtor(s)

Case No.  18-36862

☐ Jointly Administered

# Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2021

Petition Date: 11/04/2018

Months Pending: 33

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☐     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Matthew Cabrera

Signature of Responsible Party

01/28/2022

Date

Matthew M. Cabrera

Printed Name of Responsible Party

2002 Route 17M Goshen NY 10924

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBIT 3

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  Alexander Kaspar                                              Case No.  18-36862

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $849 | |
| b. Total receipts (net of transfers between accounts) | $5,510 | $7,822 |
| c. Total disbursements (net of transfers between accounts) | $3,868 | $9,610 |
| d. Cash balance end of month (a+b-c) | $2,492 | |
| e. Disbursements made by third party for the benefit of the estate | $63,520 | $63,520 |
| f. Total disbursements for quarterly fee calculation (c+e) | $67,388 | $73,130 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory     (Book ⚪  Market ⚪  Other ⦿  (attach explanation)) | $0 | |
| d. Total current assets | $0 | |
| e. Total assets | $0 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $0 | |
| n. Total liabilities (debt) (j+k+l+m) | $0 | |
| o. Ending equity/net worth (e-n) | $0 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                                2

Debtor's Name  Alexander Kaspar                                                    Case No.  18-36862

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6:  Postpetition Taxes | Current Month | Cumulative

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)        Yes ○   No ◉

b. Were any payments made outside the ordinary course of business
   without court approval?  (if yes, see Instructions)                            Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?                           Yes ○   No ◉

d. Are you current on postpetition tax return filings?                           Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?                       Yes ○   No ◉

f. Were all trust fund taxes remitted on a current basis?                        Yes ○   No ◉

g. Was there any postpetition borrowing, other than trade credit?               Yes ○   No ◉
   (if yes, see Instructions)

h. Were all payments made to or on behalf of professionals approved by           Yes ○   No ○   N/A ◉
   the court?

i. Do you have:          Worker's compensation insurance?                        Yes ○   No ◉

                         If yes, are your premiums current?                      Yes ○   No ○   N/A ◉   (if no, see Instructions)

                         Casualty/property insurance?                            Yes ◉   No ○

                         If yes, are your premiums current?                      Yes ◉   No ○   N/A ○   (if no, see Instructions)

                         General liability insurance?                            Yes ◉   No ○

                         If yes, are your premiums current?                      Yes ◉   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?                       Yes ○   No ◉

k. Has a disclosure statement been filed with the court?                         Yes ○   No ◉

l. Are you current with quarterly U.S. Trustee fees as                           Yes ◉   No ○
   set forth under 28 U.S.C. § 1930?

Debtor's Name  Alexander Kaspar                                                    Case No.  18-36862

| | **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $1,500 |
| c. | Gross income from all other sources | $4,010 |
| d. | Total income in the reporting period (a+b+c) | $5,510 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $3,618 |
| h. | All other expenses | $250 |
| i. | Total expenses in the reporting period (e+f+g+h) | $3,868 |
| j. | Difference between total income and total expenses (d-i) | $1,642 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alexander Kaspar                                        Alexander Kaspar
_____                _____
Signature of Responsible Party                         Printed Name of Responsible Party

DIP                                                                01/28/2022
_____                _____
Title                                                              Date

# Wells Fargo Everyday Checking



July 31, 2021 ■ Page 1 of 4

ALEXANDER KASPAR
DEBTOR IN POSSESSION
CH11 CASE #18-36862 (NYSOPOUG)
245 E 72ND ST PH A
NEW YORK NY 10021-0551

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo Personal Loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score, before you apply.
**Go to wellsfargo.com/personalloan or call 1-855-324-9370, Monday through Friday, from 8:00 a.m. to 7:00 p.m. Central Time.**

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $849.42 |
| Deposits/Additions | 5,510.00 |
| Withdrawals/Subtractions | - 3,867.79 |
| **Ending balance on 7/31** | **$2,491.63** |

Account number: ▮▮▮▮▮▮▮▮

**ALEXANDER KASPAR**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-36862 (NYSOPOUG)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

July 31, 2021 ▪ Page 2 of 4



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Zelle From M Solis Contracting on 07/01 Ref # Jpm637056292 Rent | 300.00 | | |
| 7/1 | | Mobile Deposit : Ref Number :505010148660 | 2,500.00 | | |
| 7/1 | | Zelle From Robert K Johnson on 07/01 Ref # Jpm637690786 Farm | 500.00 | | 4,149.42 |
| 7/2 | | SSA Treas 310 Xxsoc Sec 070221 xxxxx0179A SSA Alexander B Kaspar | 1,010.00 | | |
| 7/2 | | Zelle From Equinox Landscaping Constructi on 07/02 Ref # Jpm638759678 | 500.00 | | 5,659.42 |
| 7/6 | | Recurring Payment authorized on 07/03 Geico *Auto 800-841-3000 DC S381184266550418 Card 5548 | | 516.40 | |
| 7/6 | | Recurring Payment authorized on 07/04 Basic Plan - Year Victoriaville Can S581185640500420 Card 5548 | | 38.40 | |
| 7/6 | | Chasehomefinance Ln Pmt 1760560676 Kaspar Alexander | | 2,250.40 | 2,854.22 |
| 7/8 | | ATM Withdrawal authorized on 07/08 492 W. 42ND St. New York NY 0000174 ATM ID 8141Y Card 5548 | | 100.00 | 2,754.22 |
| 7/9 | | Zelle From M Solis Contracting on 07/09 Ref # Jpm645220276 | 200.00 | | 2,954.22 |
| 7/13 | | Purchase authorized on 07/12 Got to Go 877-5835155 NY S381193594808542 Card 5548 | | 22.50 | |
| 7/13 | | Aetna Health Mgt Web Pay 210712 77775912 Alexander B Kaspar | | 39.00 | 2,892.72 |
| 7/14 | | Keybank Transfer 071321 5115653612425600 | 500.00 | | 3,392.72 |
| 7/15 | | Recurring Payment authorized on 07/14 Brinks Home Securi 800-447-9239 TX S301195520721375 Card 5548 | | 32.46 | |
| 7/15 | | Purchase authorized on 07/15 Healthsou 1302 Second New York NY P00000000077589793 Card 5548 | | 16.60 | 3,343.66 |
| 7/16 | | Purchase authorized on 07/16 Sandv Hardware New York NY P00381197689737606 Card 5548 | | 25.99 | 3,317.67 |
| 7/20 | | Purchase authorized on 07/20 Morton Williams - Platin New York NY P00461201665666239 Card 5548 | | 3.74 | 3,313.93 |
| 7/22 | | Purchase authorized on 07/22 USPS KIOSK 35961 217 E 70 New York NY P00581203521929444 Card 5548 | | 13.50 | 3,300.43 |
| 7/26 | 163 | Check | | 250.00 | 3,050.43 |
| 7/27 | | Purchase authorized on 07/27 Morton Williams - Platin New York NY P00461209024635797 Card 5548 | | 33.80 | 3,016.63 |
| 7/28 | | Purchase authorized on 07/27 Teeth By Keith DDS 212-475-8038 NY S381208700672306 Card 5548 | | 525.00 | 2,491.63 |
| **Ending balance on 7/31** | | | | | **2,491.63** |
| **Totals** | | | **$5,510.00** | **$3,867.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 163 | 7/26 | 250.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

July 31, 2021 ■ Page 3 of 4



### Monthly service fee summary (continued)

| Fee period 07/01/2021 - 07/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
| --- | --- | --- |
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $2,491.63 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $1,510.00 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION



Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

| CATEGORY | Living Exp | Mortgage | Medical | Mail | Utilities | Trustee | Insurance | Office | Security | |
|----------|-----------|----------|---------|------|-----------|---------|-----------|--------|----------|---|
| Debits | 137.54 | 2250.4 | 580.6 | 13.5 | 22.5 | 250 | 516.4 | 25.99 | 70.86 | |
| Totals | 137.54 | 2250.4 | 580.6 | 13.5 | 22.5 | 250 | 516.4 | 25.99 | 70.86 | 3867.79 |

| CATEGORY | Farm | Wages& Loan | Social Securit | Sale of Assets | Interest | Refunds | US Treasury | |
|----------|------|-------------|----------------|----------------|----------|---------|-------------|---|
| Income | 1500 | 3000 | 1010 | 0 | 0 | 0 | 0 | |
| Totals | 1500 | 3000 | 1010 | 0 | 0 | 0 | 0 | 5510 |

| check 163 | Us Trustee | Trustee | $250 |
|-----------|-----------|---------|------|

.

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN  DISTRICT OF  NEW YORK

---

In Re. Alexander Kaspar §

§

_____ §

Debtor(s) §

Case No.  18-36862 _____

☐ Jointly Administered

## Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2021 _____

Petition Date: 11/04/2018 _____

Months Pending: 34

Industry Classification: 0 0 0 0

Reporting Method:        Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                0 _____

Debtor's Full-Time Employees (as of date of order for relief):        0 _____

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Matthew Cabrera
_____
Signature of Responsible Party

01/28/2022
_____
Date

Matthew M. Cabrera
_____
Printed Name of Responsible Party

2002 Route 17M Goshen NY 10924
_____
Address

# EXHIBIT 4

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Alexander Kaspar                                                    Case No.  18-36862

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.    Cash balance beginning of month | $2,492 | |
| b.    Total receipts (net of transfers between accounts) | $4,510 | $12,332 |
| c.    Total disbursements (net of transfers between accounts) | $2,836 | $12,446 |
| d.    Cash balance end of month (a+b-c) | $4,165 | |
| e.    Disbursements made by third party for the benefit of the estate | $5,491 | $69,011 |
| f.    Total disbursements for quarterly fee calculation (c+e) | $8,327 | $81,457 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.    Accounts receivable (total net of allowance) | $0 | |
| b.    Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.    Inventory    (Book ○    Market ○    Other ◉    (attach explanation)) | $0 | |
| d    Total current assets | $0 | |
| e.    Total assets | $0 | |
| f.    Postpetition payables (excluding taxes) | $0 | |
| g.    Postpetition payables past due (excluding taxes) | $0 | |
| h.    Postpetition taxes payable | $0 | |
| i.    Postpetition taxes past due | $0 | |
| j.    Total postpetition debt (f+h) | $0 | |
| k.    Prepetition secured debt | $0 | |
| l.    Prepetition priority debt | $0 | |
| m.    Prepetition unsecured debt | $0 | |
| n.    Total liabilities (debt) (j+k+l+m) | $0 | |
| o.    Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.    Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.    Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | |
| c.    Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.    Gross income/sales (net of returns and allowances) | $0 | |
| b.    Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.    Gross profit (a-b) | $0 | |
| d.    Selling expenses | $0 | |
| e.    General and administrative expenses | $0 | |
| f.    Other expenses | $0 | |
| g.    Depreciation and/or amortization (not included in 4b) | $0 | |
| h.    Interest | $0 | |
| i.    Taxes (local, state, and federal) | $0 | |
| j.    Reorganization items | $0 | |
| k.    Profit (loss) | $0 | $0 |

Debtor's Name  Alexander Kaspar                                                      Case No.  18-36862

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ○  No ● |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ● |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:        Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name  Alexander Kaspar                                                    Case No.  18-36862

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $2,000 |
| c. | Gross income from all other sources | $2,510 |
| d. | Total income in the reporting period (a+b+c) | $4,510 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $2,836 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $2,836 |
| j. | Difference between total income and total expenses (d-i) | $1,674 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alexander Kaspar
_____
Signature of Responsible Party

DIP
_____
Title

Alexander Kaspar
_____
Printed Name of Responsible Party

01/28/2022
_____
Date

# Wells Fargo Everyday Checking

August 31, 2021 ■ Page 1 of 4



ALEXANDER KASPAR
DEBTOR IN POSSESSION
CH11 CASE #18-36862 (NYSOPOUG)
245 E 72ND ST PH A
NEW YORK NY 10021-0551

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo Personal Loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score, before you apply.
**Go to wellsfargo.com/personalloan or call 1-855-324-9370, Monday through Friday, from 8:00 a.m. to 7:00 p.m. Central Time.**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $2,491.63 |
| Deposits/Additions | 4,510.00 |
| Withdrawals/Subtractions | - 2,836.37 |
| **Ending balance on 8/31** | **$4,165.26** |

Account number: ███████

**ALEXANDER KASPAR**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-36862 (NYSOPOUG)**
*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███████

August 31, 2021 ■ Page 2 of 4



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 8/2 | | Zelle From M Solis Contracting on 08/01 Ref # Jpm666256288 Rent | 300.00 | | |
| 8/2 | | Zelle From Robert K Johnson on 08/01 Ref # Jpm666516776 Farm Area August | 500.00 | | |
| 8/2 | | Zelle From Hector Loja on 08/01 Ref # Jpm666794043 | 500.00 | | |
| 8/2 | | Recurring Payment authorized on 07/30 Mta*EasyPay Metroc 877-323-7433 NY S461211772780772 Card 5548 | | 50.00 | 3,741.63 |
| 8/3 | | SSA Treas 310 Xxsoc Sec 080321 xxxxx0179A SSA Alexander B Kaspar | 1,010.00 | | 4,751.63 |
| 8/4 | | Purchase authorized on 08/04 Schaller & Weber 1654 2ND New York NY P00301216642939843 Card 5548 | | 37.17 | 4,714.46 |
| 8/5 | | Chasehomefinance Ln Pmt 1760560676 Kaspar Alexander | | 2,250.40 | 2,464.06 |
| 8/10 | | Zelle From M Solis Contracting on 08/10 Ref # Jpm676229584 | 200.00 | | 2,664.06 |
| 8/11 | | Aetna Health Mgt Web Pay 210810 78465507 Alexander B Kaspar | | 39.00 | 2,625.06 |
| 8/12 | | Purchase authorized on 08/10 Got to Go 877-5835155 NY S301222577949087 Card 5548 | | 105.00 | 2,520.06 |
| 8/17 | | Recurring Payment authorized on 08/16 Brinks Home Securi 800-447-9239 TX S581228533099865 Card 5548 | | 32.46 | 2,487.60 |
| 8/23 | | Recurring Payment authorized on 08/21 Basic Plan - Year Victoriaville Can S581233497420880 Card 5548 | | 38.40 | |
| 8/23 | | Purchase authorized on 08/21 Cvs/Pharm 02144--1396 NY NY P00000000577107420 Card 5548 | | 9.20 | |
| 8/23 | | Purchase authorized on 08/21 Healthsource Pharm New York NY S581233544711223 Card 5548 | | 3.70 | |
| 8/23 | | Nyseg Nyseg Bill 210819 010050830065 Alexander Kaspar | | 15.36 | 2,420.94 |
| 8/24 | | Keybank Transfer 082321 5115653612425600 | 500.00 | | 2,920.94 |
| 8/25 | | Keybank Transfer 082421 5115653612425600 | 500.00 | | |
| 8/25 | | Purchase authorized on 08/24 Nyfarmbureau 518-431-5622 NY S581236689636459 Card 5548 | | 99.00 | 3,321.94 |
| 8/26 | | Keybank Transfer 082521 5115653612425600 | 500.00 | | |
| 8/26 | | Purchase authorized on 08/25 Homeowners Insuran 800-466-3748 MA S461237513303146 Card 5548 | | 31.00 | 3,790.94 |
| 8/30 | | Keybank Transfer 082721 5115653612425600 | 500.00 | | |
| 8/30 | | Purchase authorized on 08/27 Canary 978-254-7736 NY S461239437099385 Card 5548 | | 107.79 | 4,183.15 |
| 8/31 | | Purchase authorized on 08/31 Costello 3965 Long Be Island Park NY P00000000974699262 Card 5548 | | 17.89 | 4,165.26 |
| **Ending balance on 8/31** | | | | | **4,165.26** |
| **Totals** | | | **$4,510.00** | **$2,836.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2021 - 08/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $500.00 | $2,420.94 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $3,010.00 | ☑ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC

 **IMPORTANT ACCOUNT INFORMATION**

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees**        (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

| CATEGORY | Food / Clothing | Mortgage | Medical | Utilities | Insurance | Travel | Repair & Office | Security | |
|---|---|---|---|---|---|---|---|---|---|
| Debits | 37.17 | 2250.4 | 51.9 | 15.36 | 130 | 50 | 17.89 | 178.65 | |
| | 105 | | | | | | | | |
| Totals | 142.17 | 2250.4 | 51.9 | 15.36 | 130 | 50 | 17.89 | 178.65 | 2836.37 |

| CATEGORY | Farm | Wages | SS | Interest | US Treasury | Med Benefits | |
|---|---|---|---|---|---|---|---|
| Income | 1500 | 2000 | 1010 | 0 | 0 | 0 | |
| Totals | 1500 | 2000 | 1010 | 0 | 0 | 0 | 4510 |

# UNITED STATES BANKRUPTCY COURT

SOUTHERN   DISTRICT OF   NEW YORK

In Re. Alexander Kaspar                          §                    Case No.   18-36862
                                                 §
_____                §
                   Debtor(s)                     §
                                                 §          ☐ Jointly Administered

## Monthly Operating Report                                          Chapter 11

Reporting Period Ended: 09/30/2021                    Petition Date: 11/04/2018

Months Pending: 35                                    Industry Classification: [0] [0] [0] [0]

Reporting Method:              Accrual Basis ○       Cash Basis ⦿

Debtor's Full-Time Employees (current):                        0

Debtor's Full-Time Employees (as of date of order for relief):  0


**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒       Statement of cash receipts and disbursements
☐       Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐       Statement of operations (profit or loss statement)
☐       Accounts receivable aging
☐       Postpetition liabilities aging
☐       Statement of capital assets
☐       Schedule of payments to professionals
☐       Schedule of payments to insiders
☒       All bank statements and bank reconciliations for the reporting period
☐       Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Matthew Cabrera                                  Matthew M. Cabrera
Signature of Responsible Party                        Printed Name of Responsible Party

11/01/2021
Date

                                                     2002 Route 17M Goshen NY 10924
                                                     Address

# EXHIBIT 5

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name  Alexander Kaspar                                              Case No.  18-36862

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $4,165 | |
| b. | Total receipts (net of transfers between accounts) | $3,897 | $16,228 |
| c. | Total disbursements (net of transfers between accounts) | $3,967 | $16,414 |
| d. | Cash balance end of month (a+b-c) | $4,095 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $3,967 | $16,414 |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name  Alexander Kaspar                                    Case No.  18-36862

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?  Yes ○  No ◉

d.  Are you current on postpetition tax return filings?  Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit?  (if yes, see Instructions)  Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?  Yes ◉  No ○  N/A ○

i.  Do you have:       Worker's compensation insurance?  Yes ○  No ◉

           If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

           Casualty/property insurance?  Yes ◉  No ○

           If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

           General liability insurance?  Yes ◉  No ○

           If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?  Yes ○  No ◉

| Debtor's Name | Alexander Kaspar | Case No. | 18-36862 |
|---|---|---|---|

k.  Has a disclosure statement been filed with the court?    Yes ○  No ●

l.  Are you current with quarterly U.S. Trustee fees as      Yes ●  No ○
    set forth under 28 U.S.C. § 1930?

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $500 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $3,397 |
| d. | Total income in the reporting period (a+b+c) | $3,897 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $967 |
| h. | All other expenses | $3,000 |
| i. | Total expenses in the reporting period (e+f+g+h) | $3,967 |
| j. | Difference between total income and total expenses (d-i) | $-71 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11      Yes ○  No ●
    U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?    Yes ○  No ○  N/A ●

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| /s/  Alexander Kaspar | Alexander Kaspar |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| DIP | 11/01/2021 |
| Title | Date |

# Wells Fargo Everyday Checking

September 30, 2021 ■ Page 1 of 5



ALEXANDER KASPAR
DEBTOR IN POSSESSION
CH11 CASE #18-36862 (NYSOPOUG)
245 E 72ND ST PH A
NEW YORK NY 10021-0551

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

 *En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (348)
           P.O. Box 6995
           Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo Personal Loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score, before you apply.

September 30, 2021 ■ Page 2 of 5

**WELLS FARGO**

Go to wellsfargo.com/personalloan or call 1-855-324-9370, Monday through Friday, from 8:00 a.m. to 7:00 p.m. Central Time.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $4,165.26 |
| Deposits/Additions | 3,896.50 |
| Withdrawals/Subtractions | - 3,967.15 |
| **Ending balance on 9/30** | **$4,094.61** |

Account number: ▉▉▉▉▉▉▉

**ALEXANDER KASPAR**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-36862 (NYSOPOUG)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▉▉▉▉▉▉▉

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Zelle From M Solis Contracting on 09/01 Ref # Jpm703514016 | 200.00 | | |
| 9/1 | | Zelle From M Solis Contracting on 09/01 Ref # Jpm703586320 Rent | 300.00 | | 4,665.26 |
| 9/2 | | Zelle From Robert K Johnson on 09/02 Ref # Jpm706209045 September Farm | 500.00 | | |
| 9/2 | | Zelle From Equinox Landscaping Constructio on 09/02 Ref # Jpm706301441 | 500.00 | | |
| 9/2 | | Purchase authorized on 09/02 Sandv Hardware New York NY P00581245674025861 Card 5548 | | 10.50 | 5,654.76 |
| 9/3 | | SSA Treas 310 Xxsoc Sec 090321 xxxxx0179A SSA Alexander B Kaspar | 1,010.00 | | |
| 9/3 | 164 | Check | | 3,000.00 | 3,664.76 |
| 9/7 | | Keybank Transfer 090421 5115653612425600 | 500.00 | | |
| 9/7 | | Recurring Payment Reversal on 09/03 Homeowners Insuran Boston MA S301246317409314 Card 5548 | 348.00 | | 4,512.76 |
| 9/8 | | American Reliabl Aric800533 A21250 2NM5Aukj9Dzp6Zv Alexander Kaspar | | 600.00 | 3,912.76 |
| 9/10 | | Venmo Cashout 210910 1015672684484 Alex Kaspar | 51.00 | | 3,963.76 |
| 9/13 | | Purchase authorized on 09/10 Got to Go 877-583-5155 NY S581253743283273 Card 5548 | | 105.00 | |
| 9/13 | | Aetna Health Mgt Web Pay 210910 79157199 Alexander B Kaspar | | 39.00 | 3,819.76 |
| 9/14 | | Mobile Deposit : Ref Number :809140534806 | 477.00 | | 4,296.76 |
| 9/15 | | Recurring Payment authorized on 09/14 Brinks Home Securi 800-447-9239 TX S301257510992884 Card 5548 | | 32.46 | |
| 9/15 | | Nyseg Nyseg Bill 210913 010050830065 Alexander Kaspar | | 50.42 | 4,213.88 |
| 9/20 | | Purchase authorized on 09/19 Staples 1916 Bridgehampton NY P00581262745004139 Card 5548 | | 9.77 | |
| 9/20 | | ATM Withdrawal authorized on 09/20 1300 Third Avenue New York NY 0007001 ATM ID 9195A Card 5548 | | 100.00 | 4,104.11 |
| 9/22 | | Purchase Return authorized on 09/20 Sandv Hardware New York NY S581263624551222 Card 5548 | 10.50 | | 4,114.61 |
| 9/29 | | Purchase authorized on 09/28 Quest Diagnostics 866-254-3859 PA S381271517017125 Card 5548 | | 20.00 | 4,094.61 |
| **Ending balance on 9/30** | | | | | **4,094.61** |
| **Totals** | | | **$3,896.50** | **$3,967.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

September 30, 2021 ■ Page 3 of 5



---

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 164 | 9/3 | 3,000.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2021 - 09/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $3,664.76 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $1,561.00 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

#  IMPORTANT ACCOUNT INFORMATION

———————

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees**      (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

———————

**Other Wells Fargo Benefits**

Effective December 1, 2021, there is no outgoing wire fee when customers send an outgoing international wire in foreign currency using the Wells Fargo Mobile® app or Wells Fargo Online®. Otherwise, the outgoing international foreign currency wire fee is $35.



In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. For additional information related to Wires and foreign currency, please see wellsfargo.com/online-banking/transfers/online-wires-terms-upcoming.

_____

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile[®] app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

September 30, 2021 ■ Page 5 of 5



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

| CATEGORY | Food | Mortgage | Medical | Utilities | Trustee | Insurance | Repairs | Security | Remediation | |
|----------|------|----------|---------|-----------|---------|-----------|---------|----------|-------------|---|
| Debits | 100 | | 59 | 155.42 | | 600 | 20.27 | 32.46 | 3000 | |
| Totals | 100 | 0 | 59 | 155.42 | 0 | 600 | 20.27 | 32.46 | 3000 | 3967.15 |

| CATEGORY | Farm Rent | Wages | Social Securit | Interest | Refunds | US Treasury | |
|----------|-----------|-------|----------------|----------|---------|-------------|---|
| Income | 1500 | 500 | 1010 | 0 | 886.5 | 0 | |
| Totals | 1500 | 500 | 1010 | 0 | 886.5 | 0 | 3896.5 |

# UNITED STATES BANKRUPTCY COURT

SOUTHERN   DISTRICT OF   NEW YORK

In Re. Alexander Kaspar

§
§
§
§

Debtor(s)

Case No.  18-36862

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2021

Petition Date: 11/04/2018

Months Pending: 37

Industry Classification: 0 0 0 0

Reporting Method:              Accrual Basis ◯         Cash Basis ⦿

Debtor's Full-Time Employees (current):               0

Debtor's Full-Time Employees (as of date of order for relief):   0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Matthew Cabrera
Signature of Responsible Party

Matthew M. Cabrera
Printed Name of Responsible Party

12/20/2021
Date

2002 Route 17M Goshen NY 10924
Address

## EXHIBIT 6

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Alexander Kaspar                                          Case No.  18-36862

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $7,587 | |
| b.   Total receipts (net of transfers between accounts) | $6,554 | $29,780 |
| c.   Total disbursements (net of transfers between accounts) | $9,054 | $28,974 |
| d.   Cash balance end of month (a+b-c) | $5,086 | |
| e.   Disbursements made by third party for the benefit of the estate | $96,215 | $96,215 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $105,269 | $125,189 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 | |
| d   Total current assets | $0 | |
| e.   Total assets | $0 | |
| f.   Postpetition payables (excluding taxes) | $0 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $0 | |
| k.   Prepetition secured debt | $0 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $0 | |
| n.   Total liabilities (debt) (j+k+l+m) | $0 | |
| o.   Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

Debtor's Name  Alexander Kaspar                                   Case No.  18-36862

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?     Yes ○   No ◉

d. Are you current on postpetition tax return filings?     Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?     Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?     Yes ○   No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ◉   No ○   N/A ○

i. Do you have:        Worker's compensation insurance?     Yes ○   No ○

                         If yes, are your premiums current?     Yes ○   No ○   N/A ◉   (if no, see Instructions)

                    Casualty/property insurance?     Yes ◉   No ○

                         If yes, are your premiums current?     Yes ◉   No ○   N/A ○   (if no, see Instructions)

                    General liability insurance?     Yes ◉   No ○

                         If yes, are your premiums current?     Yes ◉   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ○   No ◉

Debtor's Name  Alexander Kaspar                                                                 Case No.  18-36862

k.  Has a disclosure statement been filed with the court?            Yes ○   No ●
l.  Are you current with quarterly U.S. Trustee fees as              Yes ●   No ○
    set forth under 28 U.S.C. § 1930?

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $6,554 |
| d. | Total income in the reporting period (a+b+c) | $6,554 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $2,451 |
| h. | All other expenses | $6,603 |
| i. | Total expenses in the reporting period (e+f+g+h) | $9,054 |
| j. | Difference between total income and total expenses (d-i) | $-2,501 |
| k. | List the total amount of all postpetition debts that are past due | $195,718 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11   Yes ○   No ●
    U.S.C § 101(14A)?
m.  If yes, have you made all Domestic Support Obligation payments?            Yes ○   No ○   N/A ●

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/  Alexander Kaspar                                          Alexander Kaspar
Signature of Responsible Party                                Printed Name of Responsible Party

DIP                                                            12/20/2021
Title                                                         Date

# Wells Fargo Everyday Checking



November 30, 2021 ■ Page 1 of 4

ALEXANDER KASPAR
DEBTOR IN POSSESSION
CH11 CASE #18-36862 (NYSOPOUG)
245 E 72ND ST PH A
NEW YORK NY 10021-0551

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $7,586.69 |
| Deposits/Additions | 6,553.50 |
| Withdrawals/Subtractions | - 9,054.15 |
| **Ending balance on 11/30** | **$5,086.04** |

Account number: ████████

**ALEXANDER KASPAR**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-36862 (NYSOPOUG)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

November 30, 2021 ■ Page 2 of 4



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Mobile Deposit : Ref Number :808300135876 | 4,000.00 | | |
| 11/1 | | Zelle From M Solis Contracting on 11/01 Ref # Jpm815177765 | 200.00 | | |
| 11/1 | | Zelle From M Solis Contracting on 11/01 Ref # Jpm815289728 Rent | 300.00 | | |
| 11/1 | | Zelle From Robert K Johnson on 11/01 Ref # Jpm815543599 Farm November | 500.00 | | 12,586.69 |
| 11/2 | | Zelle From Hector Loja on 11/02 Ref # Jpm818703585 | 500.00 | | 13,086.69 |
| 11/3 | | SSA Treas 310 Xxsoc Sec 110321 xxxxx0179A SSA Alexander B Kaspar | 1,027.00 | | |
| 11/3 | 168 | Check | | 2,400.00 | 11,713.69 |
| 11/5 | | Purchase authorized on 11/03 Got to Go 877-5835155 NY S301307582394009 Card 5548 | | 105.00 | |
| 11/5 | 160 | Check | | 3,711.00 | |
| 11/5 | 169 | Check | | 2,250.40 | 5,647.29 |
| 11/12 | | Aetna Health Mgt Web Pay 211110 80550354 Alexander B Kaspar | | 39.00 | 5,608.29 |
| 11/16 | | Recurring Payment authorized on 11/15 Brinks Home Securi 800-447-9239 TX S461319579620591 Card 5548 | | 26.50 | 5,581.79 |
| 11/18 | | Recurring Payment authorized on 11/17 WWW.Onxmaps.Com Httpswww.Onxm MT S461321526025937 Card 5548 | | 29.99 | 5,551.80 |
| 11/22 | 170 | Check | | 90.00 | 5,461.80 |
| 11/29 | | Final Credit for Claim-Ref #2111170002664 | 26.50 | | |
| 11/29 | 171 | Check | | 196.26 | |
| 11/29 | 172 | Check | | 206.00 | 5,086.04 |
| **Ending balance on 11/30** | | | | | **5,086.04** |
| **Totals** | | | **$6,553.50** | **$9,054.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 160 | 11/5 | 3,711.00 | 169 | 11/5 | 2,250.40 | 171 | 11/29 | 196.26 |
| 168 * | 11/3 | 2,400.00 | 170 | 11/22 | 90.00 | 172 | 11/29 | 206.00 |

*  *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2021 - 11/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |

November 30, 2021 ■ Page 3 of 4



*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $500.00 | $5,086.04 | ✓ |
| · Total amount of qualifying direct deposits | $500.00 | $1,027.00 | ✓ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC

 IMPORTANT ACCOUNT INFORMATION

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

November 30, 2021 ■ Page 4 of 4

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.           $ |_____|

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** $ |        |

► + $ |_____|

**C** Add **A** and **B** to calculate the subtotal.           = $ |_____|

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** $        |        |

► - $ |_____|

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.           = $ |_____|

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).

**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801           Member FDIC.

| CATEGORY | Food | Mortgage | Medical | Mail | Utilities | Trustee | Travel | Security | Remediation | Taxes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Debits | 0 | | 39 | 0 | 105 | 0 | 0 | 26.5 | 0 | | |
| ck#169 | | 2250.4 | | | | | | | | | |
| ck# 168 | | | | | | | | | 2400 | | |
| ck# 160 | | | | | | | | | | 3711 | |
| ck# 171 | | | | | | | | | 196.26 | | |
| ck# 172 | | | | | | | | | 206 | | |
| ck# 170 | | | | | | | | | 90 | | |
| | | | | | | | | 29.99 | | | |
| Totals | 0 | 2250.4 | 39 | 0 | 105 | 0 | 0 | 56.49 | 2892.26 | 3711 | 9054.15 |

Prior Tax payments to Putnam County  $96214.96 (July 2021 - $63,519.88, Aug 2021 - $5454.97, Sept 2021 - $27204.11)

| CATEGORY | Farm Rent* | SS | US Treasury | Sale Assets | Refunds | Real Estate |
|---|---|---|---|---|---|---|
| Income | 5500 | 1027 | 0 | 0 | 26.5 | |
| Totals | 5500 | 1027 | 0 | 0 | 26.5 | 6553.5 |

Farm rent includes $500 payment from M. Soli for the parking  equipment on the property - no written agreement  - as needed
Farm rent includes $500 payment from R. Johnston for parking equipment on the property - no written agreement  - as needed
Farm rent includes $500 payment from H. Loa for the use of an area to raise pigs, ducks and chickens - no written lease
Farm rent includes $4000 payment from M. Davis for use of 10 stalls in the barn - no lease, space used as needed

| | Payee | |
|---|---|---|
| ck# 160 | Putnam County | |
| ck# 168 | Valley View Mgt Corp ("VVMC") - Oversized bags | |
| ck# 169 | Chase | |
| ck# 170 | VVMC | Plactic rolls |
| ck# 171 | VVMC | Plastic rolls and wiring |
| ck# 172 | VVMC | Plastic rolls |

# UNITED STATES BANKRUPTCY COURT

SOUTHERN  DISTRICT OF  NEW YORK

In Re. Alexander Kaspar

§
§
§
§

Debtor(s)

Case No.  18-36862

☐ Jointly Administered

## Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021

Petition Date: 11/04/2018

Months Pending: 38

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ◯          Cash Basis ⦿

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☐     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Matthew Cabrera
Signature of Responsible Party

01/29/2022
Date

Matthew M. Cabrera
Printed Name of Responsible Party

2002 Route 17M Goshen NY 10924
Address

## EXHIBIT 7

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name  Alexander Kaspar                                                 Case No.  18-36862

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $5,086 | |
| b.   Total receipts (net of transfers between accounts) | $155,728 | $185,508 |
| c.   Total disbursements (net of transfers between accounts) | $7,618 | $36,592 |
| d.   Cash balance end of month (a+b-c) | $153,196 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $96,215 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $7,618 | $132,807 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory    (Book ○   Market ○   Other ●   (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.   Total assets | $0 |
| f.   Postpetition payables (excluding taxes) | $0 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $0 |
| k.   Prepetition secured debt | $0 |
| l.   Prepetition priority debt | $0 |
| m.   Prepetition unsecured debt | $0 |
| n.   Total liabilities (debt) (j+k+l+m) | $0 |
| o.   Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $798,000 | $798,000 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $521,400 | $521,400 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $276,600 | $276,600 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Alexander Kaspar                                                                    Case No.  18-36862

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $3,711 | $234,448 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○   No ●

c. Were any payments made to or on behalf of insiders?     Yes ○   No ●

d. Are you current on postpetition tax return filings?     Yes ●   No ○

e. Are you current on postpetition estimated tax payments?     Yes ●   No ○

f. Were all trust fund taxes remitted on a current basis?     Yes ○   No ●

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○   No ●

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ○   No ○   N/A ●

i. Do you have:        Worker's compensation insurance?     Yes ○   No ●

         If yes, are your premiums current?     Yes ○   No ○   N/A ●   (if no, see Instructions)

        Casualty/property insurance?     Yes ●   No ○

         If yes, are your premiums current?     Yes ●   No ○   N/A ○   (if no, see Instructions)

        General liability insurance?     Yes ●   No ○

         If yes, are your premiums current?     Yes ●   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ○   No ●

k. Has a disclosure statement been filed with the court?     Yes ○   No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ●   No ○

Debtor's Name  Alexander Kaspar                                                                 Case No.  18-36862

| Part 8: Individual Chapter 11 Debtors (Only) |
|---|

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $155,728 |
| d. | Total income in the reporting period (a+b+c) | $155,728 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $951 |
| h. | All other expenses | $6,667 |
| i. | Total expenses in the reporting period (e+f+g+h) | $7,618 |
| j. | Difference between total income and total expenses (d-i) | $148,110 |
| k. | List the total amount of all postpetition debts that are past due | $306,005 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Alexander Kaspar | Alexander Kaspar |
| Signature of Responsible Party | Printed Name of Responsible Party |
| DIP | 01/29/2022 |
| Title | Date |

| CATEGORY | Food | Mortgage | Medical | Mail | Insurance | Remediation | Bank fee | Taxes | |
|---|---|---|---|---|---|---|---|---|---|
| Debits | 300 | 0 | 74 | 0 | 417 | 41.25 | 15 | | |
| ck# 173 | | | | | | 25 | | | |
| ck# 174 | | | | | | | | 3711 | |
| ck# 175 | | | | | | 2400 | | | |
| expenses | 19.18 | 0 | 117.41 | 7.95 | 0 | 490 | 0 | 0 | |
| Totals | 319.18 | 0 | 191.41 | 7.95 | 417 | 2956.25 | 15 | 3711 | 7617.79 |

| CATEGORY | SS | | Sale - Assets | Refunds | |
|---|---|---|---|---|---|
| Income | 1500 | 1027 | 153200.68 | 0 | |
| Totals | 1500 | 1027 | 153200.68 | 0 | 155727.68 |

Farm rent includes $500 payment from M. Soli for the parking  equipment on the property - no written agreement  - as needed
Farm rent includes $500 payment from R. Johnston for parking equipment on the property - no written agreement  - as needed
Farm rent includes $500 payment from H. Loa for the use of an area to raise pigs, ducks and chickens - no written lease

| | Payee | |
|---|---|---|
| ck# 173 | Putnam Valley | permit |
| ck# 174 | Putnam County | Taxes |
| ck# 175 | VVMC | Oversized bags |

# Wells Fargo Everyday Checking

December 31, 2021 ■ Page 1 of 4



ALEXANDER KASPAR
DEBTOR IN POSSESSION
CH11 CASE #18-36862 (NYSOPOUG)
245 E 72ND ST PH A
NEW YORK NY 10021-0551

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

 *En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (348)
  P.O. Box 6995
  Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $5,086.04 |
| Deposits/Additions | 155,727.68 |
| Withdrawals/Subtractions | - 7,617.79 |
| **Ending balance on 12/31** | **$153,195.93** |

Account number █████████

**ALEXANDER KASPAR**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-36862 (NYSOPOUG)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

December 31, 2021 ■ Page 2 of 4



**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 12/1 | | Zelle From M Solis Contracting on 12/01 Ref # Jpm871397830 | 200.00 | | |
| 12/1 | | Zelle From M Solis Contracting on 12/01 Ref # Jpm871504630 Rent | 300.00 | | |
| 12/1 | | Zelle From Robert K Johnson on 12/01 Ref # Jpm871510098 December | 500.00 | | |
| 12/1 | | Zelle From Hector Loja on 12/01 Ref # Jpm871775871 | 500.00 | | |
| 12/1 | | Online Transfer Ref #Ib0Czc6Rqs to Wells Fargo Active Cash Card Xxxxxxxxxxxx6448 on 12/01/21 | | 634.54 | 5,951.50 |
| 12/3 | | SSA Treas 310 Xxsoc Sec 120321 xxxxx0179A SSA Alexander B Kaspar | 1,027.00 | | 6,978.50 |
| 12/7 | | Purchase authorized on 12/06 Travelers-Geico AG 877-205-5772 CT S581340564211470 Card 5548 | | 417.00 | 6,561.50 |
| 12/8 | | Purchase authorized on 11/29 Got to Go 877-5835155 NY S581333569852337 Card 5548 | | 41.25 | 6,520.25 |
| 12/13 | | Aetna Health Mgt Web Pay 211210 81249570 Alexander B Kaspar | | 39.00 | 6,481.25 |
| 12/16 | 174 | Check | | 3,711.00 | 2,770.25 |
| 12/17 | | ATM Withdrawal authorized on 12/17 1300 Third Avenue New York NY 0007366 ATM ID 9195A Card 5548 | | 300.00 | 2,470.25 |
| 12/28 | | Recurring Payment authorized on 12/27 Bodhi Medical Care Mybodhi.Com NY S381361744051392 Card 5548 | | 35.00 | 2,435.25 |
| 12/29 | | WT Fed#09558 Orange County Trus /Org=The Law Office of Frank E Deesso P. Srf# 0219024750002828 Trn#211229147652 Rfb# | 153,200.68 | | |
| 12/29 | | Wire Trans Svc Charge - Sequence: 211229147652 Srf# 0219024750002828 Trn#211229147652 Rfb# | | 15.00 | |
| 12/29 | 175 | Check | | 2,400.00 | 153,220.93 |
| 12/30 | 173 | Check | | 25.00 | 153,195.93 |
| **Ending balance on 12/31** | | | | | **153,195.93** |
| **Totals** | | | **$155,727.68** | **$7,617.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 173 | 12/30 | 25.00 | 174 | 12/16 | 3,711.00 | 175 | 12/29 | 2,400.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2021 - 12/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |

December 31, 2021 ■ Page 3 of 4



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $500.00 | $2,435.25 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $1,027.00 | ☑ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

---

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Deposit Account Agreement ("Account Agreement") dated October 15, 2021. Effective February 15, 2022, the following applies to wire transfers transactions: the section titled "Funds Transfer Services" has revisions to the introductory paragraph, we added subsections titled "Funds Transfer Security Procedure" and "Rejecting a Funds Transfer Request", and the subsection titled "Your duty to report unauthorized or erroneous funds transfers" has been revised.

If you are enrolled in Wells Fargo Online®, Wells Fargo Business Online®, Wells Fargo Mobile®, or Wells Fargo Advisors® online services, you reviewed and accepted our Online Access Agreement ("OAA") when you enrolled in those services. We have added a new section 15(c) Transfers Security Procedures (Business Customers and Online Wire Transfers) to the OAA to provide more clarity regarding the security procedures that apply to certain online transactions and the various addenda agreements. The updated version of the OAA will go into effect on February 15, 2022.

No, you don't need to take any action. This notice is simply to let you know that certain terms in the Account Agreement and the OAA have been updated. Your continued use of your account and, if enrolled, in the above online services will be your acceptance to these updated terms. Please review the Account Agreement and OAA, and only continue to use the above online services if you agree to all terms.

For more details, please access the Consumer Account Addenda at www.wellsfargo.com/online-banking/consumer-account-fees/ or the complete OAA at www.wellsfargo.com/online-banking/online-access-agreement/upcoming.

---

Good News! The daily purchase limit for each debit/ATM card linked to your checking/prepaid account is being increased to $5,000 effective between December 1 and December 13, 2021. To view your card's daily dollar limits at any time, sign on at wellsfargo.com/cardcontrol and click on Card details. Note: your card and account must be in open status for the increase to be applied. If you recently updated your card's daily purchase limit above or below $5,000 before this change noted above occurs, the change will not be applied.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch