UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:   Chapter 11

Alexander Bernard Kaspar,   Case No.: 18-36862-cgm

   Debtor.
-------------------------------------------------------------------x

## ORDER APPROVING TAX PAYMENT AGREEMENT

It appearing that the above Debtor, Alexander Kaspar the County of Putnam Department of Finance, having entered into a Payment Agreement, as set forth in full in Exhibit C, annexed hereto, and it further appearing that all parties having voluntarily entered into the same and having been advised of the consequences of entering into said agreement, and all required parties having been served with a copy of the Notice and Application, and there being no objection to the application by any party in interest; upon the Presentment and Application dated January 10, 2022, it is hereby:

ORDERED that the motion be and is hereby granted; and it is further

ORDERED that the terms of the Tax Payment Agreement are hereby approved pursuant to the terms stated therein; and it is further

ORDERED that the Payment Agreement, shall not waive or impair any of its rights, claims or remedies with respect to any taxes, interest and penalties that may be owed for tax years 2017 and 2018 on lots 72.-1-47 and 72.-1-50, or with respect to any lots not covered by the Payment Agreement.

**Dated: February 2, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**