| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION | HEARING DATE:  February 1, 2022<br>HEARING TIME:   9:00 a.m.<br>OBJECTION DEADLINE: January 25, 2022 |

-------------------------------------------------------- x
In re:                                                                    :
                                                                                  :   Case No. 18-36862 (CGM)
ALEXANDER BERNARD KASPAR,              :
                                                                                  :   (Chapter 11)
                                             Debtor.              :
-------------------------------------------------------- x

## ORDER DISMISSING CHAPTER 11 CASE

Upon the United States Trustee's Motion to Dismiss or Convert Case under 11 U.S.C. § 1112(b), filed on December 18, 2021 (the "Motion"), and the hearing on the Motion held on February 1, 2022, and the Debtor having withdrawn his Opposition to the Motion on the record of the hearing; and it appearing that notice was proper and that there is cause to grant the relief sought, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtor's case is dismissed; and it is further

ORDERED, that within fourteen days after entry of this Order, the Debtor shall file an affidavit of disbursements for each month in the which he did not file an Operating Report and pay to the United States Trustee quarterly fees under 28 U.S.C. § 1930(a)(6), plus accrued interest under 31 U.S.C. § 3717, due and owing as of the date of dismissal of the case.



**Dated: February 3, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**